# EXHIBIT A

**CONSENT TO JOIN AND SERVE COLLECTIVE ACTION AS NAMED PLAINTIFF**
Fair Labor Standards Act of 1938 ("FLSA")
29 U.S.C. § 216(b)

  I am employed by Management Training Corporation as a Corrections Officer. Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to serve as a named, party Plaintiff in a collective action brought in the United States District Court, District of Utah against Management Training Corporation, to recover unpaid wages, overtime wages, and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable laws. I hereby authorize Burger Law to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a named Plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

| 5/1/2020 | *(DocuSigned by Jorge Guillen — 5E9E8D6711AB458...)* |
|---|---|
| Date Signed | Signature |
| | Jorge Guillen |
| | Print Name |

| 3521 Tierra Angel 79938 | El Paso | | TX | |
|---|---|---|---|---|
| Address | City | State | | Zip |

| 915 256 6737 | Guillengeorge@yahoo.com |
|---|---|
| Telephone Number | E-Mail Address |

  To serve as the named, party Plaintiff and join this collective action for FLSA claims, you must complete this consent form, sign your name where indicated, and send it directly to Plaintiffs' Counsel at the following address:

Gary Burger
Burger Law
500 N. Broadway, Suite 1860
St. Louis, MO 63102

1

DocuSign Envelope ID: E4814FDF-60C0-4193-82E2-0E2080EA1928
Case 1:20-cv-00058-DAK-DBP   Document 3-1   Filed 05/12/20   Page 3 of 7

## CONSENT TO JOIN AND SERVE COLLECTIVE ACTION AS NAMED PLAINTIFF
### Fair Labor Standards Act of 1938 ("FLSA")
### 29 U.S.C. § 216(b)

      I am employed by Management Training Corporation as a Corrections Officer. Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to serve as a named, party Plaintiff in a collective action brought in the United States District Court, District of Utah against Management Training Corporation, to recover unpaid wages, overtime wages, and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable laws. I hereby authorize Burger Law to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a named Plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

| | |
|---|---|
| 5/1/2020 | *Lisa R. Aguilar* (DocuSigned — E688033BAC0A4C3...) |
| **Date Signed** | **Signature** |
| | Lisa R. Aguilar |
| | **Print Name** |
| 704 Luisa St.    Anthony   TX | 7982 |
| **Address** | **City    State    Zip** |
| 9154330681 | altima08@gmail.com |
| **Telephone Number** | **E-Mail Address** |

      To serve as the named, party Plaintiff and join this collective action for FLSA claims, you must complete this consent form, sign your name where indicated, and send it directly to Plaintiffs' Counsel at the following address:

Gary Burger
Burger Law
500 N. Broadway, Suite 1860
St. Louis, MO 63102

**CONSENT TO JOIN AND SERVE COLLECTIVE ACTION AS NAMED PLAINTIFF**
**Fair Labor Standards Act of 1938 ("FLSA")**
**29 U.S.C. § 216(b)**

      I am employed by Management Training Corporation as a Corrections Officer. Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to serve as a named, party Plaintiff in a collective action brought in the United States District Court, District of Utah against Management Training Corporation, to recover unpaid wages, overtime wages, and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable laws. I hereby authorize Burger Law to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a named Plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

| | |
|---|---|
| 5/7/2020 | *Jason Johnson* (DocuSigned) |
| Date Signed | Signature |
| | Jason Johnson |
| | Print Name |
| 2284 Old Ridge Road. | Sturkie   Arkansas   72577 |
| Address | City   State   Zip |
| 318-498-0287 | Jasonvjohnson004@gmail.com |
| Telephone Number | E-Mail Address |

      To serve as the named, party Plaintiff and join this collective action for FLSA claims, you must complete this consent form, sign your name where indicated, and send it directly to Plaintiffs' Counsel at the following address:

Gary Burger
Burger Law
500 N. Broadway, Suite 1860
St. Louis, MO 63102

1

**CONSENT TO JOIN AND SERVE COLLECTIVE ACTION AS NAMED PLAINTIFF**
Fair Labor Standards Act of 1938 ("FLSA")
29 U.S.C. § 216(b)

      I am employed by Management Training Corporation as a Corrections Officer. Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to serve as a named, party Plaintiff in a collective action brought in the United States District Court, District of Utah against Management Training Corporation, to recover unpaid wages, overtime wages, and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable laws. I hereby authorize Burger Law to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a named Plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

| | |
|---|---|
| 5/1/2020 | *Veronica Hernandez* (DocuSigned) — D14099A93EFC4B3... |
| Date Signed | Signature |
| | Veronica A. Hernandez |
| | Print Name |
| 2800 Windgate Dr. #52. | New Braunfels.   Tx |
| Address | City  State  Zip |
| 830-319-5097 | Katnmiahernandez2@gmail.com |
| Telephone Number | E-Mail Address |

      To serve as the named, party Plaintiff and join this collective action for FLSA claims, you must complete this consent form, sign your name where indicated, and send it directly to Plaintiffs' Counsel at the following address:

Gary Burger
Burger Law
500 N. Broadway, Suite 1860
St. Louis, MO 63102

1

**CONSENT TO JOIN AND SERVE COLLECTIVE ACTION AS NAMED PLAINTIFF**
Fair Labor Standards Act of 1938 ("FLSA")
29 U.S.C. § 216(b)

  I am employed by Management Training Corporation as a Corrections Officer. Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to serve as a named, party Plaintiff in a collective action brought in the United States District Court, District of Utah against Management Training Corporation, to recover unpaid wages, overtime wages, and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable laws. I hereby authorize Burger Law to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a named Plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

4/29/2020

Date Signed

Signature (DocuSigned by: 501503C869FD4BD...)

Arlene Dungan

Print Name

2025 San Jose Ave El Paso TX 79902

Address   City   State   Zip

(915)342-3868   adtexasgirl@gmail.com

Telephone Number   E-Mail Address

  To serve as the named, party Plaintiff and join this collective action for FLSA claims, you must complete this consent form, sign your name where indicated, and send it directly to Plaintiffs' Counsel at the following address:

Gary Burger
Burger Law
500 N. Broadway, Suite 1860
St. Louis, MO 63102

1

# CONSENT TO JOIN AND SERVE COLLECTIVE ACTION AS NAMED PLAINTIFF
### Fair Labor Standards Act of 1938 ("FLSA")
### 29 U.S.C. § 216(b)

      I am employed by Management Training Corporation as a Corrections Officer. Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to serve as a named, party Plaintiff in a collective action brought in the United States District Court, District of Utah against Management Training Corporation, to recover unpaid wages, overtime wages, and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable laws. I hereby authorize Burger Law to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a named Plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

5/1/2020

**Date Signed**

Signature: *DocuSigned by: 1C63D97CC259439...*

Print Name: Edgar castro

Address: 242 Merida DR Anthony NM 88021

Telephone Number: 9153557204

E-Mail Address: Edgar.castro10@yahoo.com

      To serve as the named, party Plaintiff and join this collective action for FLSA claims, you must complete this consent form, sign your name where indicated, and send it directly to Plaintiffs' Counsel at the following address:

Gary Burger
Burger Law
500 N. Broadway, Suite 1860
St. Louis, MO 63102

1